No. 19-2690

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

LITTLE ROCK FAMILY PLANNING SERVICES; PLANNED PARENTHOOD OF ARKANSAS
& EASTERN OKLAHOMA, doing business as Planned Parenthood Great Plains;
STEPHANIE HO, MD, on behalf of herself and her patients; TOM TVEDTEN, M.D., on
behalf of himself and his patients,
Plaintiffs-Appellees,

v.

LESLIE RUTLEDGE, in her official capacity as Attorney General of the State of
Arkansas, et al.,
Defendants-Appellants.

On Appeal from the United States District Court for the
Eastern District of Arkansas
No. 4:19-CV-00449-KGB (Hon. Kristine G. Baker)

**Statement of Issues on Appeal**

Pursuant to Federal Rule of Appellate Procedure 30(b), Appellants submit this statement of issues on appeal.

There are four issues on appeal.

The first issue on appeal is whether the district court erred by granting *ex parte* consolidation of the action below with *Planned Parenthood of Arkansas & Eastern Oklahoma v. Jegley*, Case No. 4:15-CV-00784-KGB (E.D. Ark).

The second issue on appeal is whether the district court erred by preliminarily enjoining Arkansas's abortion-provider competency requirement. Ark. Code Ann. 20-16-605 (Arkansas Act 700 of 2019).

The third issue on appeal is whether the district court erred by preliminarily enjoining Arkansas's ban on killing an unborn child solely on the basis of a Down syndrome indication. Ark. Code Ann. 20-16-2001 et seq. (Arkansas Act 619 of 2019).

The fourth issue on appeal is whether the district court erred by preliminarily enjoining Arkansas's law regulating abortion after 18 weeks' gestation. Ark. Code Ann. 20-16-2001 et seq.[1] (Arkansas Act 493 of 2019).

Respectfully submitted,

LESLIE RUTLEDGE
  Arkansas Attorney General

NICHOLAS J. BRONNI
  Arkansas Solicitor General

VINCENT M. WAGNER
  Deputy Solicitor General

MICHAEL A. CANTRELL
  Assistant Solicitor General

OFFICE OF THE ARKANSAS
  ATTORNEY GENERAL
323 Center St., Suite 200
Little Rock, AR 72201
(501) 682-2007
michael.cantrell@arkansasag.gov

---

[1] This act is currently codified at the same provision as the ban on killing an unborn child solely on the basis of a Down syndrome indication.

## CERTIFICATE OF SERVICE

I certify that on August 21, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to any CM/ECF participants.

*/s/ Michael A. Cantrell*
Michael A. Cantrell
